FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Steven Coly-Obama
_____
Plaintiff/Petitioner
v.
Deputy Warden Brandon Carroll
_____
Defendant/Respondent

Civil Action No. 4:25-cv-211-JM-BBM

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Varner Supermax - ADC__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
*(specify pay period)* __0__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
(e) Gifts, or inheritances                             ☐ Yes    ☒ No
(f) Any other sources                                  ☐ Yes    ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 3-4-2025

Applicant's signature

Steven Cody-Obama
Printed name

## CALCULATION OF INITIAL PAYMENT
## OF FILING FEE

PLAINTIFF: Stwer Cody Obama        ADC Number: 145160

Total Deposits for preceding six (6) months
Multiply by 20%                          $ 0.00          x 20%

Initial Partial Filing Fee               $ 0.00

Current Trust Account Balance            $ 0.00

AUTHORIZATION:

Varner Unit          Shannon Fitzgerald          10/29/2024
Unit Location        Agency Official             Date of Approval

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

_____                                                  PLAINTIFF

V.                   CASE NO: _____

_____                                                  DEFENDANT

### ORDER SETTING INITIAL
### PARTIAL FILING FEE

   Now on this day is presented the pleading of the plaintiff, and the Court, having determined that the plaintiff is not indigent, the Court now, in accordance with Act 340 of 1997, hereby find that the plaintiff is required to pay the statutory filing fee of $140.00 for bringing this action, the Court assesses and sets an initial partial filing fee of $_____.

   Upon receipt of payment of the above set initial partial filing fee, the Clerk of this Court is authorized and directed to receive for filing plaintiff's pleadings. **If payment of the above-set initial partial filing fee is not received by the clerk of the court within 60 days from the date of this order, the clerk is authorized to destroy the pleadings sent by the plaintiff in the above-captioned case.**

   After payment of the initial partial filing fee, plaintiff will be obligated to pay the balance of the statutory filing fee of $100 by making payment of all funds credited to plaintiff's prison trust account each time the amount in the trust account exceeds $10 until the statutory filing fee of $100 is paid in full.

   The director of the Arkansas Department of Correction or his designee shall collect plaintiff's funds as directed herein and forward the same to the Clerk of this Court until said statutory filing fee is paid in full.

   The Clerk is directed to send an executed copy of this order to the Administrative offices of record of the Arkansas Department of Correction and the Unit Location of the plaintiff as noted herein above.

IT IS SO ORDERED THIS ____ DAY OF _____, 20___.

_____
Circuit Judge

RECEIVED
OCT 29 2
Varner Book

| | | |
|---|---|---|
| **AR DOC** | **CALCULATION OF INITIAL PAYMENT OF FILING FEE** | **PAGE:** 1 **of** 1 |
| **REPORT NO. IBSR146 - 35** | | **PROCESSED:** 10/29/2024 08:41 AM |
| | **FROM:** 4/30/2024 **TO:** 10/29/2024 | **REQUESTOR:** Shannon N Fitzgerald |

**(To be Completed by the Institution of Incarceration)**

**PLAINTIFF:** Steven/Ismael/Xander Donnelle/Hassan Cody/Obama

**ADC NUMBER:** 145160

**FEDERAL COURT CASE NUMBER (IF KNOWN):** _____

| | |
|---|---|
| **TOTAL DEPOSITS FOR LAST (6) MONTHS:** | $0.00 |
| **AVERAGE MONTHLY DEPOSIT: (TOTAL DEPOSITS DIVIDED BY 6)** | $0.00 |
| **TOTAL BALANCES FOR LAST SIX (6) MONTHS:** | $0.00 |
| **AVERAGE MONTHLY BALANCE (TOTAL BALANCES DIVIDED BY 6):** | $0.00 |
| **CURRENT ACCOUNT BALANCE:** | $0.00 |
| **INITIAL PAYMENT OF FILING FEE AS OF:** 10/29/2024 | $0.00 |

**(THE GREATER OF THE AVERAGE MONTHLY DEPOSIT OR THE AVERAGE MONTHLY BALANCE x .20)**

**DATE:** _____     **AUTHORIZED OFFICIAL:** _____

**(NO FILING FEE SHALL BE IN EXCESS OF $400 FOR A CIVIL LAWSUIT OR $505 FOR AN APPEAL)**