IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Steven Cody-Obama                                    Plaintiff
    v.
Brandon Carroll                                      Defendants

Case #: 4:25-CV-00211

MOTION

: Steven Cody-Obama hereby comes to provide court with said supporting Affidavit from a witness who observed Defendants placing my life in harms way with threats and LGBT discriminatory statements/accusations.

Respectfully,

Steven Cody-Obama

Certificate of Service

I, Steven Cody-Obama do hereby certify I placed the foregoing in the U.S. Mail on 28th date of March, 2025.

Steven Cody-Obama

800-4

STATE OF ARKANSAS )
COUNTY OF Lincoln )§
)

### AFFIDAVIT

I, Cameron Kirkham, after first being duly sworn, do hereby swear, depose and state that: On 9-13-2024 while housed in d.so. 4 I heard Sgt. Perkins call Obama #145160 a homosexual and a Sex Offender for raping a (5 yr. old) Boy. Obama asked him to not lie on him and Perkins called him a damn "Snitch". I overheard several Aryans and 2-3 Blood Gang members take an Order from Perkins to put a blade in Obamas bitch ass for Snitching on him to major Borden.

End of Statement

I certify the above is true/accurate under penalty of Perjury.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

3-24-2025                     Cameron Kirkham
DATE                          AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this ___ day of
_____, 20___.

_____
NOTARY PUBLIC

My comm. Exp.: _____
Commission Expires:

Case: 4:25-cv-00211-JM-BBM

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2025 APR -8 A 9 55

TAMMY H DOWNS

STEVEN CODY-OBAMA ADC#145160
VARNER UNIT
ARKANSAS DIVISION OF CORRECTION
POST OFFICE BOX 600
GRADY AR 71644-0600

---------------------------------------------------