4-4-2025

U.S. District Court
600 W. Capitol Ave.
A-149
Little Rock, AR. 72201

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2025 APR 14 A 10: 04
TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 14 2025
TAMMY H DOWNS, CLERK
By:_____
DEP CLERK

Steven Cody-Obama #185460
P.O. Box 600
Grady, AR. 71644

RE: ( Cody-Obama V. Carroll, et al
U.S.D.C. 4:25-CV-00211)

Dear Clerk,
Please send me all Summonses which are
Related/Relevant to this Case. I also request
Copies of filed documents be sent to me for my
records.

Respectfully,