IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN CODY-OBAMA**  **PLAINTIFF**
ADC #145160

V.   Case No. 4:25-CV-00211-JM-BBM

**BRANDON CARROLL,**
**Deputy Warden, ADC,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Steven Cody-Obama is allowed to PROCEED with his deliberate-indifference and retaliation claims against Defendant Brian Perkins in his individual capacity.

2. All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Defendants Brandon Carroll and Quentin Baker are TERMINATED as parties to this action.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE