# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN CODY-OBAMA**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #145160**

V.　　　　　　　**CASE NO. 4:25-cv-00211-JM-BBM**

**BRIAN PERKINS,**
**Sergeant, ADC, Varner Supermax**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Cody-Obama's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 21) is DENIED.

IT IS SO ORDERED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE